Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_EASTen_ District of _OklAHomA_

_____ Division

Rodwey Douglns STePHens
_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   **CIV 19 - 3 0 3   J H P**

_(to be filled in by the Clerk's Office)_

**FILED**

SEP – 9 2019

PATRICK KEANEY
Clerk, U.S. District Court

By_____ Deputy Clerk

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Rodney Douglas Stephens

All other names by which you have been known:   N/A

ID Number   105705

Current Institution   Jess Dunn Correctional Center

Address   P.O. Box 316

TAFT     Ok     74463
*City*     *State*     *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   ~~Joe M. Allbaugh~~ Oklahoma Department of Corrections

Job or Title *(if known)*   Director

Shield Number   N/A

Employer   Oklahoma Department of Corrections

Address   2901 Classen Blvd

Oklahoma City     Ok     73106
*City*     *State*     *Zip Code*

☑ Individual capacity    ☒ Official capacity

Defendant No. 2

Name   J. Kevin Stitt

Job or Title *(if known)*   Governor

Shield Number   N/A

Employer   State of Oklahoma

Address   2300 N Lincoln Blvd

Okla City     Ok     73105
*City*     *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 3
    Name          *CHERi ATKiNSoN*
    Job or Title *(if known)*    *Buddy HoNAKeR*
    Shield Number     *medicAl SeRvices MANAgeR*
    Employer        *OKlAHomA DepaRTmenT oF coRReTions*
    Address         *2901 ClASSen Blvd STdiTe 200*
                     *OKc*      *OK*      *73106*
                        *City*       *State*      Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                        *City*       *State*      *Zip Code*

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*8 And 1 Amend*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*By overcrowding*

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced state prisoner

☒  Convicted and sentenced federal prisoner

☐  Other *(explain)*

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*On Paper*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

THe dATe I WAS Took T A+R AT LexIngToN OK
ON 8·21·2015 Time WAS ABouT 11Am THAT dAy

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

WHen I goT To Jess DuNN CoRReLTioNAl ceNTeR ANd
THe WaRdeN STARTed To mAKe THis mɪNɪmuN To A
MedimuN ANd keeP us Lock doWN TRue CouNT 2-3
HR A day THen I STARTed To geT meATAl ANd
EmoTioNAl disTRess THis HAppen in 2016

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

ON PAPeR

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

PuniTive dAmAses in THe AmouNT oF $150.000.⁰⁰
And All CosT AssosEiATed wiTH THese pleAdings
I medATKly Reduce oveR CRoWdɪng And THe moNey
I PuT ouT FoR coPys oF 1200 oFTHis
CAse

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jess Dunn Corectional Center

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Some of it

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Jess Dunn Correctional Center

2.   What did you claim in your grievance?

Overcrowding

3.   What was the result, if any?

None          Not Anything

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Request of Staff To Mr. Clay u/manager - 144217
To The Warden Sharon McCoy JDR 19-11 +
Re subuital it then on 4/3/19 To ARA in
Oklahoma City Ok and Have not got it Back
As of Now I Have A Copy of it with me
Now

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_N / A_

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_ATTACH THe documents_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Rodney Douglas Stephens
     Defendant(s)   Michelle Dillard, ET Al.

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     Easten district - Federal Court

3.   Docket or index number
     Civ-19-248-RAW-SPS

4.   Name of Judge assigned to your case
     Magistrate Judge Steven P. SHreder

5.   Approximate date of filing lawsuit
     8-5-19

6.   Is the case still pending?
     ☒ Yes

     ☐ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     IT is pending

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8-29-19

| | |
|---|---|
| Signature of Plaintiff | Rodney Douglas Stephens |
| Printed Name of Plaintiff | Rodney Douglas Stephens |
| Prison Identification # | # 105705 |
| Prison Address | JDCC - C/Unit  P.O. Box 316 |
| | TAFT                    OK        74463 |
| | City                    State     Zip Code |

### B.    For Attorneys

Date of signing:     _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City          State     Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

Page 11 of 11

JOE M. ALLBAUGH
DIRECTOR



STATE OF OKLAHOMA

J. KEVIN STITT
GOVERNOR

OKLAHOMA DEPARTMENT OF CORRECTIONS
Jess Dunn Correctional Center

Date:   May 1, 2019

To:   Stephens, Rodney 105705

Location:   Jess Dunn Correctional Center / C-1

From:   Sharon McCoy, Warden *S. McCoy 5/10/19*        JDG19-11

Your grievance is being returned unanswered for the following reason(s):

|   | |
|---|---|
| | No informal action / "Request to Staff" response or evidence of submission attached. — Section VI.A. |
| | Out of time from date of incident. RTS must be submitted within 7 calendar days of the incident. — Section V.B. |
| | Grievances must be submitted by 15 calendar days from the date of the receipt of the response to the Request to Staff. — Section VI.A. |
| | You were on grievance restriction and/or proper documentation not included. |
| | Grievances shall not be submitted about matters that are in the course of litigation. — Section II.B. |
| | No person may submit a grievance on behalf of another person. — Section III.F. |
| | Must be legibly written or typed in blue or black ink.  No pencil or other color of ink is allowed. — Section IV.B. |
| | No additional pages or attachments are allowed — Section VI. A. |
| | Misconduct Report — Section II.B. |
| | Grievances shall not be submitted requesting monetary compensation. Section II.B. |
| | Only one issue or incident allowed per grievance. — Section VI.A. |
| | Not of a sensitive/emergency nature.  You must follow the standard grievance process, including giving the appropriate party an opportunity to respond. — Section IX.D. |
| | Grievances shall not be submitted that include requests for disciplinary action against staff. - Section II.B. |
| | Privately contracted facility property issues are not grievable. - Section II.B. |
| | Grievance not signed/dated or addressed to the appropriate administrator. |
| | The original only must be submitted, no photocopies. |
| | Only the current and correct DOC grievance (090124A – R 4/19) and "Request to Staff" forms will be accepted. |
| | This grievance is unanswerable as there are no time frames specified for the alleged action(s) to have occurred. |
| | You have failed to follow previous instructions for filing this grievance. Due to your continued failure to properly file this grievance you are now out of time. |
| X | Other: <u>You failed to properly submit your grievance and you will be afforded 10 days from this notice; you must follow OP-090124. Additional issues submitted in the grievance that were not presented in the initial RTS and your requested action was different.</u> |

*Rodney Stephens*                5-10-19        *Rose Richardson*        5-10-19
Inmate Signature of Receipt        Date            Staff Witness Signature        Date
THIS OFFICE WILL NOT PROCESS INCOMPLETE/INACCURATE/OUTDATED FORMS
WARNING: All of the above can be found in OP-090124, and it is your responsibility to read and follow the OP's.
NOTE: Abuse of the grievance process as explained in section IX of OP-090124, can result in restrictions being imposed.

PO Box 316
TAFT, OK 74463
918-682-7841
FAX 918-682-4372
www.ok.gov/doc

## INMATE/OFFENDER GRIEVANCE

Grievance no. JDG-19-11

Grievance code: 04

Response due: ~~5-13-19~~ 5-14-19

RECEIVED
APR 24 2019
Warden's Office
Jess Dunn CC

---

**DO NOT WRITE ABOVE THIS LINE**

Date April 19, 2019          Facility or District JDCC

Name Rodney Stephens        Facility Housing Unit C-1
     (Print)

ODOC Number 105705          Date "Request to Staff" response received: 4-12-19

Have you previously submitted a grievance on this same issue? No___ If yes, what date ___, facility ___, grievance # ___. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 4-8-2019 I Submitted a request to Staff to the C-Unit team, with respect to (Overcrowding) Whereas, it is a Sustantial risk to my safety. Staffing Shortages and high risk of Prison violence.

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. I've made complaints "Verbal" advising Staff that this place JDCC is overcrowded. to Lieutenant Clay on March 12, 2019, on J. Dowling.

3. The action you believe the reviewing authority may lawfully take. Stop accepting new inmates at the Lexington Assessment Center from County Jails until until the ODOC Can get the population down to 80% Capacity, in all ODOC facilities

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Sharon McCoy                          Warden
Name                                   Title

Rodney Stephens                       4-19-2019
Signature of Grievant                 Date Sent to Reviewing Authority

1. Original to file
2. Copy to inmate/offender

DOC 090124A (R 7/16)

APR 0 9 2019

· Law Library
Jess Dunn CC

**LAW LIBRARY**

Must be Submitted Through the Law Library or Designee
Inmate/Offender Grievance Process
**REQUEST TO STAFF**

RTS # *144/217 - 4*

ASSIGNED TO: *Lt. CLAY*

TO: *Mr. Clay W/Manager*   FACILITY/DIST/UNIT: *JDCC*   DUE DATE: *4-8-19  4-19-19*
(NAME AND TITLE OF STAFF MEMBER)

I have _____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance #: _____
I affirm that I do _____ do not _✓_ have a grievance pending on this issue.
I affirm that I do _____ do not _✓_ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: _____
This request _____ does _____ does not relate to a pending misconduct report. If it does, this
request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement
must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One
issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this
being returned unanswered.

Im exhausting my Administrative remedies per 42 U.S.C.
1997e "Prison Litigation Reform Act" (PLRA). Governor, Fallin
and DOC Director, acting Warden at Jess Dunn CC, has
failed to take proper administrative actions to reduce

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly
should be done and how.

Punitive damages in the amount of $150,000 and
(a)ll cost associated with these pleadings. Imedately
reduce overcrowding

NAME: Rodney Stephens   DOC NUMBER: 105705 UNIT & CELL NUMBER: C1-
(PRINT)

SIGNATURE: Rodney Stephens   WORK ASSIGNMENT: Unass.

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Request denied per OP-090124 entitled Inmate grievance
Process. Inmate Stephens you cannot request monetary
punitive damages by a request to staff.

Lt. Steve Clay                                    4-11-19

STAFF MEMBER _____   **RECEIVED** ___DATE

APR 1 2 2019

Law Library
Jess Dunn CC

Date response sent to inmate: _____
1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

(overcrowding) including causing delays in the implementation of Programs, understaffing Policymaking. This overcrowding has strained sanitation facilities, food supplies, Prison Maintenace 8th Amend.



## INMATE/OFFENDER GRIEVANCE

Grievance no. JDG ~~19-1900~~ 19-11 Re:Submittal

Grievance code: 4

Response due: 6-9-19

RECEIVED

MAY 2 0 2019

Warden's Office
Jess Dunn CC

**DO NOT WRITE ABOVE THIS LINE**

Date May 16, 2019                    Facility or District JDCC

Name Rodney Stephens              Facility Housing Unit C-1
(Print)

ODOC Number 105705              Date "Request to Staff" response received: 4-12-19

Have you previously submitted a grievance on this same issue? Yes If yes, what date 4-19-19, facility JDCC, grievance # JDG-19-11. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1.  The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On 4-8-2019 I Submitted a request to staff to the "C" unit team with respect to (overcrowding) whereas, It is a substantial risk to my Safety, Staffing shortages and high risk of prison Violence.

2.  Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance. I've made complaints "Verbal" advising staff that this Place JDCC is overcrowded, to LT. Clay on March 12, 2019, and Dowling.

3.  The action you believe the reviewing authority may lawfully take. Punitive damages in the amount of 150.000 and (a)ll cost associated with these pleadings. Immediately reduce overcrowding.

Grievance report sent to (warden/district supervisor/correctional health services administrator):
Sharon McCoy              Warden
Name                            Title
Rodney Stephens            5-16-19
Signature of Grievant        Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

## Misconduct/Grievance Appeal To Administrative Review Authority

Inmate Name: _Rodney Stephens_   DOC Number: _105705_

Facility Where Offense/Grievance Occurred:
_Jess Dunn Correctional Center / CI_   Offense Code: _____

Date of misconduct violation: _____

☐ Facility Misconduct Appeal Number

☑ Facility Grievance Appeal Number
_JDG 19-11 (Re-Submittal)_

I received the response of the reviewing authority at the facility on: _6/3/19_

Fill out this form in blue or black ink. Writing must be legible. I wish to appeal the reviewing authority's response to the misconduct/grievance on the following ground(s) only. DO NOT ATTACH ANY OTHER PAGES. (Use ONLY the back side of this page, if necessary). Your appeal will be returned to you unanswered if any other pages are submitted.

☐ Newly discovered/available evidence not considered by the reviewing authority, relevant to the issue, necessary for a proper decision, and why the evidence was not previously available which if considered may alter the decision (you must clearly state the newly discovered/available evidence); or

☑ Probable error committed by the reviewing authority in the decision such as would be grounds for reversal (you must clearly state the error committed by the reviewing authority, including citing the part of procedures or statutes not followed by the reviewing authority).

**Response:**

The reviewing authority exceeded its authority by returning my grievance appeal unanswered. "See Little vs. Jones 607 F. 3d 1245 (10th Cir 2010). Per Prison Litigation Reform Act (PLRA) 42 U.S.C 1997(e) I'm bringing my complaint to the attention of the Administrative Reviewing Authority. This facility is over crowded.

I understand that in accordance with OP-060125/OP-090124, I will be charged $2 to appeal a misconduct/grievance to the Administrative Review Authority or Chief Medical Officer, and that this form is also a request for disbursement of funds from my trust fund draw account. If I do not have enough funds to cover this cost, the amount will be collected as soon as funds become available.

_Rodney Stephens_                                   _6-3-19_
Signature of Inmate                                   Date

DOC 060125V (R 4/17)

STATEMENT OF CLAIM

B. IF THE events ARise To your claim ARose in An institution descRibe WHere And WHen THey ARose

THis issue BegAn MAny yeARS Ago WHen THe OklAHomA LegislAtoRs EnActed LAW To incRease THe penAlTies oF some CRimes WiTHouT THe FoResigHT To ensuRe THere would Be adeguAte BedspAce oR PeRsonel To AccomodAte THe incRease NUMBeR OF inmAte. Some County, JAil Are OveRCRowed WiTH DepARTMenT OF CoRRectionAl (D.O.C) inmATe A&R is so BackloggeD THAT inmATe ARe Some Time kepT in ConFinemenT THere FoR MAny weeks in OveRCRowed And inHumAne guARTeR s THe oveRCAowding is An issue FRom THe Time A CiTizen is CHARged unTil THe dAy An inmAte WAlks ouT THe PRison gATe I Also Like To see THAT medicAl guiT TAking money oF inmATe BookS FoR THings THAT A inmATe disnoT see A DR OR Any kind oF medicAl cARe OR med

INJURIES                              1 OF 4

5. IF you SUNTAINED injuries RelATed To
THe eVeNTS Aleged ABove descRiBe
Your injuries And STATe WhAt medical
TReATMenT iF Any you Reguided And did
oR did NoT Receive

MeATAl And EmoTionAl
I Am inTenTional in FicTion oF MeATAl
And EmoTion Al disTRess I Am A inmate
AT THe minium secuRiTy Jess Dunn coRRecTionAl
CenTeR (JDCC) in oklAhomA My complAinT[15]
I clAims THAT THe defendANTs HAve AcTed
WiTH del,BeRATe indiFeRence TowARd
SeRious dANgeR ResulTing FRom PRison
OveRcRowding And undeRsTAFFing in PARTiculAR
I Alleges THAT onIy one coRRecTionAl OFFiceR
is geneRAlly on duTy To moniTor ABouT 250
inmATe Housed in open doRmS in my uniT
And THAT only one OFFiceR And SomeTime
NO OFFiceR is PeRsenT on THe uniT I clAims
THAT open doRmiToRy Housing is especiAlly
dAngeRous Becouse iT cAN NoT Be eFFecTively
Locked down I clAims THAT PReVious
open spAce in my uniT HAve Been
CoNVeRTed inTo Bunk Housing leAving

2 OF 4

VIRTUALLY WITH NO UNENCUMBERED SPACE
AND I ALLEGES THAT STAFFING SHORTAGES
RENDER THE PRISON UNABLE TO DISCIPLINE
INMATE FOR INFRACTIONS I ALSO STATE THAT
THESE CONDITIONS HAVING LED TO ENDEMIC
PRISONER ON PRISONER VIOLENCE I HAVE
WITNESSED FREQUENT INMATE ON INMATE
ASSAULTS IN THE OPEN DORM HOUSING AND
OUTSIDE IN THE YARD. I ALSO SAY THAT
THE CONDITIONS PLACE PRISONER SAFETY AT
SUBSTANTIAL RISK I THANK THAT IT IS A
MATTER OF TIME BEFORE A MAJOR INCIDENTS
OF VIOLENCE OUCCR. I THANK THAT THE
CONDITIONS OF MY CONFINEMENT COUSE ME TO
SUFFER SLEEP DEPRIVATION AND ANXIETY
THEY ARE ALSO RODENT INFESTATION IN THE FOODSERVICE
AREA AND ALSO IN THE DORM'S I WOULD LIKE
TO SAY THAT FOOD SERVICES ALSO SERVICE 3 TO
4 DAYS LEFT OVER TO THE INMATE THEY
ARE ALSO LONG LINES TO ACCESS TO THE HEALTH
SERVICE DEPARTMENT THE NURSES DEPRIVE
US OF PROPER HEALTH CARE BY DENYING
CARE THAT HAS A MEDICAL NECESSITY AND
OR IS REQUESTED BY THE DOCTOR FOR
THE INMATE

3 OF 4

MANY Times THERE ARE NO OFFICERS
PERSENT DURING THE INMATE MEALS INSIDE
THE CHOW HAIL. THE ARE MORE PEOPLE INSIDE
THEN WHAT THE CAPACITY THAT HAS BEEN
SET BY. THERE IS ONLY ONE DOOR TO
ENTER AND LEAVE, F TROUBLE ARISES WE
WOULD BE HARD TO PRESSED TO BE ABLE
TO EXIT IN A SAFE AND ORDERLY MANNER
THERE ARE ISSUES REGARDING OUR SAFETY
BEFORE WE EVEN ENTER THE CHOW HALL
BECOUSE OF LINE CUTTING ALSO ROUGH
HOUSING AND INMATE BOTTLE NECIEING THE
ENTRANCE IS A SURE RECIPE FOR A
SERIOUS SAFETY CONCERN THE OFFICERS
DO LITTLE TO NOTHING TO RESOLVE THIS
HEAR AT JESS DUNN CORRECTIONAL CENTER
(JDCC) WAS MADE TO HOLD ONLY 500
INMATE AND THE ARE ABOUT 1150 INMATE
HEAR AT THIS TIME AND THE FOOD HERE IS
NOT WELL PORTIONED AS WE GO HUNGRY MORE
OFTER THEN NOT IT SEEMS TO ME THAT
ELEMENTARY SCHOOL CHILDREN RECIVE
A BISER BUANITY OF FOOD THEN WE DO
ALSO THE NUTRITIONAL VALUE OF THE
FOOD THEN WE DO RECEIVE IS SORELY

4 of 4

LACKING PER CAPITA COMPARING TO
THE GENERAL PUBLIC WE HAVE MORE
HEALTH ISSUES IN OUR POPULATION Like
HEART ATTACKS GALL BLADDER disease
And diABetes IN Not UN common AT All
Medical Research HAs Found THAT
diet CAN cerTAINly CONTRiBute To
THose HEALTH issuess And more iF looked
INTo