IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Rodney Douglas Stephens
Plaintiff's full name (Please print)

v.

Oklahoma Department of Corrections
Director of Oklahoma et al
Defendant(s)' full name (Please print)
J. Kevin Stitt Governor of Oklahoma
Cheri Atkinson DOC Medical Service Manager
Sharon McCoy Warden of J.D.C.C.

Case No. 19CV303 JHP-SPS
(To be filled out by Clerk's Office only)

Amended

FILED
NOV 26 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.* **The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).**

### NOTICE

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

**Each claim you raise must be properly exhausted.** *If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Rodney Douglas Stephens
Full name                                              Aliases

D.O.C # 105705
Prisoner ID #

Juss Dunn Correctional Center
Place of Detention/Incarnation

P.O. Box 316 OR 601 S. 124st W.
Institutional Address

Taft            OK           74463
City            State        Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Rev. 07/2019

2

## IV.   DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: DiRector of Oklahoma Department of Corrections ET AL,
Full Name

Director of Corrections
Current Job Title

2901 Classen Blvd
Current Work Address

Oklahoma City    OK    73106
City            State    Zip Code


Defendant 2: J. Kevin Stitt
Full Name

Governor of Oklahoma
Current Job Title

2300 N. Lincoln Blvd
Current Work Address

Oklahoma City    OK    73105
City            State    Zip Code

Rev. 07/2019                                                                 3

Defendant 3: CHERI ATKINSON
*Full Name*

Medical Services Manager
*Current Job Title*

2901 Classen Blvd Suit 200
*Current Work Address*

Oklahoma City    OK    73106
*City*    *State*    *Zip Code*


Defendant 4: SHARON MCCOY
*Full Name*

Warden of Jess Dunn Correctional Center
*Current Job Title*

601 S. 124 ST W.
*Current Work Address*

TAFT    OK    74463
*City*    *State*    *Zip Code*


Defendant 5:

*Full Name*

*Current Job Title*

*Current Work Address*

*City*    *State*    *Zip Code*


Rev. 07/2019

4

## Statement of Claims

### Claim I

1 of 3

Director of (DOC) individually and in official capacity

The Tenth Circuit Court of Appeals has ruled that neither the Governor of Oklahoma or the Oklahoma Department of Corrections are immune to having to answer to a civil action lawsuit filed against either one

Savage V Fallin
United States Court of Appeals Tenth Circuit
September 27. 2016   663 Fed APPX 588
Distinguished By Ross V Bush 10TH Cir (Okla)
Alleging Eighth Amendment violations and intentional infliction of emotional destress

Helling V Mckinney 509 U.S. 25, 33, 113 S. CT 2475, 125 L.Ed 2d 22 (1993) Accordingly, Court may not deny any injunction to inmate who plainly proved an unsafe life threatening condition in their prison on the ground that nothing yet had happened to them

# Statement of Claims 1 of 2

**Claim 1.**

DOC is also allowing the ones over some of the Department to over step the boundary in the grievance procedures by returned them unanswered. See Little v Jones United States Court of Appeals Tenth Circuit June 8, 2010 607 F.3d 1245. Also allowing the correctional officers to evacuate the units as Jess Dunn Correctional Center (J.D.C.C.) each morning regardless of the weather conditions this week we were forced outside when it was 17°

The food served in D.O.C. is sub standard to say the least the quality is marginal most of the time we are served food that is clearly labled (not for human consumption) on the boxes it delivered in. I also stated that the inmates offten go hungry because of the portions that is very little

Statement of Claims

Claim 1

1 of 3

There are laws in place that prevent such inhumane treatment that DOC subjects the inmate to. The prowrs that be are well aware of this not only is this deliberate indifference, it a blatant violation of my civil rights pertaining to cruel and unusual punishment

## Statement of Claims

Claim 2                                                          1 of 2

Govenor Stitt has taken responsibity of DOC since his election He is ultimately in charge of this issues of the overcrowding. The shady dealing of the medical supervisions and the sub-standard of food service The sub-standard of the housing units as to the temperature and the failure to control the problems of insect, spider and vermin infestation. This amounts to cruel and unsual ponishment

1 Governor was not protected by legislative immunity from state prisoner claims that he failed to take proper administrative actions to reduce overcrowding

2 Prisoner stated Eighth Amendment Claim Against Prison Officials

Governor of the state of Oklahome individually and in his official capcity

Statement of Claims

Claim 2    1 of 2

Government has obligation to provide medical care for those whom it is punishing by incarceration. Infliction of unnecessary suffering on prisoner by failure to treat his medical needs is inconsistent with contemporary standards of decency and violates the eighth Amendment See Also Estelle v. Gamble Supreme Court of The United States November 30, 1976  429 U.S. 97  97 S. Ct. 285  50 L. Ed 2d 251

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: 1-1-2017

Place(s) of occurrence: JDCC

*State which of your federal constitutional or federal statutory rights have been violated:*

1 And 8

*Briefly state the FACTS that support your case. Provide **a short and plain statement** of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

FACTS: ON PAPER

### B. Claim 2

Date(s) of occurrence: 1-1-2017

Place(s) of occurrence: JDCC

*State which of your federal constitutional or federal statutory rights have been violated:*

1 And 8

FACTS: ON PAPER

Statement of Claims
Claim 3                                            1 of 2

Cheri Atkinson
Medical Services Manager
 Individually and Her official capacity
Is Allowing The Accounting department
To Falsify Medical documents After
a inmates Sings Them And To Charge For
Services Not Rendered To inmates
Also Allowing For The Billing For Chronic
Care Visits And Prescriptions copay
Mrs. Atkinson As The Medical Services
Manager is Responsible For ensuring
That The Medical Service Proffessionals
Conduct Themselves in An Honest
ethical matter Her Failure in doing
Otherwise is Cruel And unusual
Punishment.

Thomas v. Bruce
United States Court of Appeals Tenth Circuit
March 18, 2005   125 Fed Appx 964
2005 WL 629766

Statement of Claims

Claim 3                                                      2 of 2

Also Allowing Medical at JDCC to be deliberate indifference to my serious medical needs in connection with Alleged Lack of Treatment of my Right knee

Statement of Claims

Claim #4                                    1 of 2

Sharon McCoy Warden, Individually and Her Official Capacity

This is an Admendment to my other Alledgations of Constitutional Violations of Cruel and Unusual Punishment

There is an on going situation with the DOC vans that is used to Transport Inmate to and from their medical appointments.

I myself have been sent out on the follow dates April 16-2019 to Lindsay Medical Center the Round Trip is 362 miles with outside Temper is apprek 100% plus Humidity the other date is September 2-2019. Both Trips were made with no air conditioner in the van I was in. On Oct 28-2019 I was again sent to Lindsay the outside Temper was 32° The Temp on these Trips was not only uncomfortable but is was compromising to ones Health with no heater in the van I was in

STATEMENT OF CLAIMS

CLAIM 4                                      2 OF 2

This problem is an ongoing as I heard on of the Transport C.O.'s tell his partner that he has reported this issue several times to have the problem fixed but to no avail

With this being an ongoing issue that has been repeatedly reported I feel that Warden Sharon McCoy has to know of this and is allowing inmates to be transported under these horrid conditions.

The Warden is also allowing the food services to feed 3 and 4 days leftovers to the inmate and I thank that she knows of this and is allowing it to be keep ongoing the inmante are getting very lettle portion of food that is not what they are supose to get at a meal

The names I write of are the only ones I am familiar with

### C. Claim 3

Date(s) of occurrence: 2019 1-1-2017

Place(s) of occurrence: JDCC

*State which of your federal constitutional or federal statutory rights have been violated:*

1 And 8

FACTS: ON PAPER

### D. Claim 4

Date(s) of occurrence: 2017 1-1-2017

Place(s) of occurrence: JDCC

*State which of your federal constitutional or federal statutory rights have been violated:*

1 And 8

FACTS: ON PAPER

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

I would like the court to grant me $150,000.00 one hundred fifty thousand dollars and $12,000.00 for copies and legal fees incurred in this case I request these amounts on the condition that DOC will be unable to acquire any of them back from me. I also like the expungment of my records pertaining to my convictions and incarceration.

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner?     ☒ Yes     ☐ No

If yes, how many? _1_

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

CIV-19-248-RAW-SPS Eastern District of Oklahoma Mitchell Dillard et al, Jarrod Roberts, Cheri Atkinson and D.O.C. Director of Corrections. 8-14 amendment, pending

Rev. 07/2019

7

_____
_____
_____
_____
_____
_____

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

*Rodney D. Stephens*                          11-26-19
Plaintiff's Signature                         Date


I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _26_ day of _November_, 20_19_.

*Rodney D. Stephens*                          11-26-19
Plaintiff's Signature                         Date